UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>              Plaintiff,  )<br>  )<br>  -vs-  )<br>  )<br>WILLIE DEE WESSON,  )<br>  )<br>              Defendant.  )<br>  ) | NO.     CR-01-6001-WFN-1<br><br>ORDER |

Pending before the Court is Mr. Wesson's Motion Pursuant to 18 U.S.C. §3582(c)(2) Modification of an Imposed Term of Imprisonment Citing Amendment 706 (Ct. Rec. 88). Tracy Staab represents Mr. Wesson; Assistant United States Attorney Robert Ellis represents the Government.

Mr. Wesson requests a two point reduction in his offense level based on Amendment 706. The Government contests reduction of Mr. Wesson's offense level because his offense level was based on the career offender Guidelines, not those based on quantity of crack cocaine. After reviewing the record, the Court finds that Amendment 706 does not apply to Mr. Wesson. The Court relied on the career offender provision of the Guidelines which set the base offense level for Mr. Wesson. The Court then departed based on Mr. Wesson's diminished capacity. While the Court did consider the severity of the crime, including the type of drug and the amount involved, the Court's sentence reflects Mr. Wesson's qualification as a career offender. The Court also considered the 18 U.S.C. §3553(a) factors, considering, among other things, Mr. Wesson's personal history and characteristics, the crime committed,

ORDER - 1

1  public safety and other §3553(a) factors.   Amendment 706 does not warrant a reduction of
2  sentence in this case.
3  The Court has reviewed the file and Motion and is fully informed. Accordingly,
4  **IT IS ORDERED** that Defendant's Motion Pursuant to 18 U.S.C. §3582(c)(2)
5  Modification of an Imposed Term of Imprisonment Citing Amendment 706 , filed March 10,
6  2008 , **Ct. Rec. 88**, is **DENIED**.
7  The District Court Executive is directed to file this Order and provide copies to counsel
8  **AND TO** United States Probation Officer Sean Carter.
9  **DATED** this 14th day of May, 2008.

10
11                                                                           s/ Wm. Fremming Nielsen
                                                                      WM. FREMMING NIELSEN
12  05-14                                                       SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2